**FILED**

06/08/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA
Case Number: PR 06-0422

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

JUN 07 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF THE PETITION OF
SHELLEY JARED

O R D E R

Shelley Jared has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of Jared's application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken within three years preceding the date of the application for admission. Rule VII.A.9, Rules of Admission.

Jared passed the MPRE in 2003 when seeking admission to the practice of law in Alabama. Jared is currently admitted to the State Bar of Alabama. The petition states that Jared has practiced law for seventeen years "without any ethical or disciplinary issues." Good cause appearing,

IT IS HEREBY ORDERED that the petition of Shelley Jared to waive the three-year test requirement for the MPRE for purposes of Jared's current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 7 day of June, 2022.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices